IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN SWANSON and CHRISTINE SWANSON, his wife<br><br>Plaintiffs<br><br>v.<br><br>ROSS MCKIERNAN, ESQUIRE, and MARK M. RISTAU, ESQUIRE, Individually and d/b/a RISTAU & MCKIERNAN LAW FIRM, a Pennsylvania General Partnership,<br><br>Defendants | Civil No. 04-336E |

ORDER

AND NOW, this 13th day of July, 2005, it is HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs not having filed a petition for relief from judgment of non pros within 10 days of the filing of this Court's June 16, 2005 Opinion granting Defendants' Praecipe for Entry of Judgment of Non Pros, Plaintiffs' claims against Defendants are dismissed with prejudice. The Clerk of Court shall mark this case "CLOSED."

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior Judge

cc: counsel of record